```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                           Jul 20, 2016

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniela Ellis, | ) CASE NO.: 2:16-cv-00118-SVW-RAO |
| Plaintiff | ) JUDGMENT |
| vs. | ) |
| Target Corporation, et al., | ) JS - 6 |
| Defendant. | ) |

Judgment is entered for Defendant and against Plaintiff, pursuant to the Court's order dated July 19, 2016.

DATE: July 20, 2016

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE